# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| JANE DOE,<br><br>　　Plaintiff,<br><br>v.<br><br>CLARKE COUNTY SCHOOL DISTRICT,<br><br>　　Defendant. | CIVIL ACTION FILE NO. _____ |

### NOTICE OF REMOVAL

COMES NOW, Defendant **CLARKE COUNTY SCHOOL DISTRICT** ("Defendant") and, pursuant to 28 U.S.C. §§ 1441 and 1446, files this Notice of Removal within the time prescribed by law, showing the Court as follows:

1.

On April 1, 2022, Plaintiff filed a complaint in the Superior Court of Athens-Clarke County, Civil Action No. SU22CV0160. Athens-Clarke County is within the Athens Division of the Middle District of Georgia.

2.

This notice is timely because it is being filed within 30 days of receipt by Defendant of the initial pleading or summons. 28 U.S.C. § 1446(b)(1).

3.

True and correct copies of all process, pleadings, and orders that have been electronically filed and/or served in connection with this action, and of which this Defendant is aware, are attached hereto as exhibits as follows:

| Exhibit | Description | Date of Filing |
|---|---|---|
| 1 | Complaint for Damages | 04/01/2022 |
| 2 | Summons – Clarke County School District | 04/01/2022 |
| 3 | General Civil and Domestic Relations Case Filing Information Form | 04/01/2022 |
| 4 | Motion for Appointment of RMG Services, LLC to Serve Process | 04/04/2022 |
| 5 | Proposed Order | 04/04/2022 |
| 6 | Order Granting Process Server | 04/11/2022 |
| 7 | Affidavit of Service | 04/14/2022 |
| 8 | Civil Cover Sheet | |

Defendant has no knowledge of any other process, pleadings, or orders that have been electronically filed and/or served in connection with this action, other than those attached hereto.

4.

Venue is proper in the Middle District of Georgia because the cause of action arose in Athens-Clarke County and Defendant resides in Athens-Clarke County, which is within the Middle District of Georgia. This case is properly assigned to the Athens Division of the Middle District of Georgia because, pursuant to 28 U.S.C. § 1441(a), it is the division of the district court embracing the place where this action is pending.

5.

Plaintiff asserts federal law claims for alleged violations of Title IX of the Education Amendment of 1972, 20 U.S.C. § 1681, et seq. ("Title IX") and alleged violations of constitutional rights brought pursuant to 42 U.S.C. § 1983. [See Complaint, at Counts I–III]. Plaintiff also asserts a claim for attorney fees under O.C.G.A. § 13-6-11. [Id., at Count IV].

6.

This case therefore is a civil action of which this Court has original jurisdiction under 28 U.S.C. §§ 1331 and 1343 and is one which may be removed to this Court pursuant to 28 U.S.C.

§§ 1441(a) and 1443 in that it is a civil action arising under the constitutional and statutory laws of the United States.

7.

In addition to having original jurisdiction over Plaintiff's federal law claims, this Court would have supplemental jurisdiction over any state law claims Plaintiff purport to bring under 28 U.S.C. § 1367 because both sets of claims arise out of the same facts and circumstances such that they form part of the same case or controversy.

8.

Defendant certifies that it has given notice of filing of this notice to Plaintiff and has filed a written notice with the Clerk of the Superior Court of Athens-Clarke County, a copy of which is included as an exhibit hereto.

9.

As of this filing, Defendant has not filed a responsive pleading in the state court below since the time for doing so has not yet passed. Pursuant to Federal Rule of Civil Procedure 81, Defendant therefore has until seven days after this notice is filed to do so. See Fed. R. Civ. P. 81(c)(2).

10.

The undersigned have read this notice, and to the best of their knowledge, information, and belief, formed after reasonable inquiry, it is well-grounded in fact, is warranted by existing law, and is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

WHEREFORE, Defendant prays that this case be removed to the United States District Court for the Middle District of Georgia, Athens Division, and that no further proceedings occur in the Superior Court of Athens-Clarke County, Georgia.

Respectfully submitted this 29th day of April, 2022.

**HALL BOOTH SMITH, P.C.**

*/s/ Russell A. Britt*
ANDREA L. JOLLIFFE
Georgia Bar No. 176556
RUSSELL A. BRITT
Georgia Bar No. 473664

*Counsel for Defendant Clarke County School District*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA  30303-1775
Tel:  404-954-5000
Fax:  404-954-5020
Email:  rbritt@hallboothsmith.com
Email:  ajoliffe@hallboothsmith.com

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>*v.*<br><br>CLARKE COUNTY SCHOOL DISTRICT,<br><br>        Defendant. | CIVIL ACTION FILE<br>NO. SU22CV0160 |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **Notice of Removal** upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows and/or filing said document with the CM/ECF system which will automatically send electronic notification to the following:

| | |
|---|---|
| Darren W. Penn, Esq.<br>Kevin M. Ketner, Esq.<br>Penn Law LLC<br>4200 Northside Parkway, N.W.<br>Building One, Suite 100<br>Atlanta, GA 30327<br>*darren@pennlawgroup.com*<br>*kevin@pennlawgroup.com* | A. Kamau Hull, Esq.<br>The Hull Firm, LLC<br>3720 Atlanta Highway<br>Suite 3<br>Athens, GA 30606<br>*kamau@thehullfirmllc.com* |

Respectfully submitted this 29th day of April, 2022.

**HALL BOOTH SMITH, P.C.**

*/s/ Russell A. Britt*
ANDREA L. JOLLIFFE
Georgia Bar No. 176556
RUSSELL A. BRITT
Georgia Bar No. 473664

*Counsel for Defendant Clarke County School District*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA  30303-1775
Tel:  404-954-5000
Fax:  404-954-5020
Email:  rbritt@hallboothsmith.com
Email:  ajoliffe@hallboothsmith.com

71534452-1
3446-0047

2