⚓ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
CLARKE COUNTY, GEORGIA

**SU22CV0160**
LISA LOTT
APR 01, 2022 05:19 PM

Beverly Logan, Clerk
Clarke County, Georgia

## IN THE SUPERIOR COURT OF ATHENS-CLARKE COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **JANE DOE**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. _____ |
| | ) | |
| **CLARKE COUNTY SCHOOL DISTRICT**, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT FOR DAMAGES

Plaintiff, Jane Doe ("Plaintiff" or "JD"), brings this Complaint for Damages against Defendant Clarke County School District, showing this Court as follows:

## PREFATORY STATEMENT

Prior to the filing of the instant action, on August 24, 2018, Plaintiff, by and through counsel, sent via certified mail to the Superintendent of the Clarke County School District, members of the Clarke County School District, members of the Clarke County Board of Commissioners, Marie Yuran, Principal of Clarke Central High School, and Nancy Denson, Mayor of Athens, Georgia, Ante-Litem notices pursuant to O.C.G.A. § 36-11-1. A copy of Plaintiff's Ante-litem letter and return receipt are attached as Exhibit "1."

## PARTIES, JURISDICTION AND VENUE

1.

JD is a resident and citizen of Mount Berry, Georgia, and was, at all times relevant to this Complaint, a minor residing in the state of Georgia attending Clarke Central High School ("CCHS") as a student. To protect the identity of Plaintiff, a minor at all relevant times and a victim

of child sex crimes, JD's identity is not pled in this Complaint. JD submits herself to the jurisdiction of this Court by filing this Complaint.

2.

Defendant Clarke County School District (hereinafter referred to as "Defendant Clarke County," or "Defendant") is a public-school system operating under the laws of the State of Georgia with its primary place of business located at 440-1 Dearing Extension, Athens, Georgia 30606.

3.

Defendant Clarke County may be served through its Superintendent, Dr. Xernona Thomas, at 440-1 Dearing Extension, Athens, Georgia 30606.

4.

Defendant Clarke County is a recipient of federal funds within the meaning of 20 U.S.C. § 1681, *et seq.*

5.

This action is filed pursuant to 42 U.S.C. § 1983 and 20 U.S.C. § 1681 seeking redress for injuries suffered by JD from deprivation under color of state law, of rights secured by the Fourteenth Amendment to the United States Constitution and Title IX of the Education Amendments of 1972.

6.

Jurisdiction is proper because Defendant is deemed to be a resident of the State of Georgia and has committed tortious acts and omissions in Georgia, including the tortious acts and omissions giving rise to this Complaint.

7.

Venue is proper in this Court the causes of action originated, and tortious conduct occurred, in Athens-Clarke County, Georgia, and Defendant resides, has offices, and maintains a registered agent for service of process in Hart County, Georgia.

## APPORTIONMENT OF FAULT

8.

Under Georgia law, defendants in civil cases may attempt to shift fault to other defendants, or other persons/entities who are not parties to the lawsuit. This is called apportionment.

9.

Although defendants can apportion fault away from themselves in any case, that apportionment will reduce the verdict (and judgment) against them only when plaintiffs sue more than one defendant. *Alston & Bird, LLP v. Hatcher Mgmt. Holdings, LLC*, 312 Ga. 350, 351 (2021).

10.

If a plaintiff sues only one defendant, that defendant may argue that fault should be apportioned to others during the trial, and the jury may ultimately apportion fault to others, but the single defendant will, itself, be liable for the entire amount of the verdict, without regard to any apportionment. *Id.* In other words, the full amount of the judgment will be entered against the single defendant, without regard to any apportionment, and without any reduction to the judgment as a result of any apportionment. *Id.*

11.

Since JD here has sued only one defendant, the jury's apportionment in this case will not affect the Court's judgment, if any, against Defendant Velasquez, who will be liable for the entire amount of any verdict in favor of JD.

## FACTUAL BACKROUND

12.

At all times pertinent to this Complaint, JD was a student at Clarke County High School ("CCHS") in Athens, Georgia under the care and supervision of Defendant Clarke County, through its agents and employees.

13.

At all times relevant to this Complaint, Maurice Bouchard ("Bouchard") was employed as a 9th grade teacher at CCHS for Defendant Clarke County.

14.

At all times relevant to Plaintiff's claims, JD was between the ages of 14-15 years old and in the 9th grade attending CCHS.

15.

According to CCHS's website, "[w]ith a commitment to preparing students for success by inspiring and challenging intellectual and personal growth, CCHS instills core values of diversity, trust, respect, integrity and excellence in its community."

## BOUCHARD'S GROOMING EFFORTS

16.

Over the course of JD's enrollment at CCHS, Bouchard took systematic, targeted steps to groom JD and undertook various actions to gain trust, all of which was for the sole purpose of

4

facilitating an inappropriate, non-pedagogical personal relationship including increased one-on-one time.

17.

In August 2016, JD began attending CCHS as a 9th grade student enrolled in Bouchard's Advanced Biology class.

18.

Upon starting Bouchard's class, Bouchard immediately targeted and profiled JD because he believed JD looked similar to a female character from the Japanese anime show "Great Teacher Onizuka." The show's main character is a perverted male in his 20s who chooses to become a teacher based on the perception that teachers have a strong romantic influence over their female students.

19.

Text messages exchanged between Bouchard and JD reveal that Bouchard was attracted to JD because of her "sexy" mixed Asian-Caucasian appearance and Asian eyes.

20.

Commencing on JD's first day attending Bouchard's class, Bouchard openly flirted with JD. This conduct continued every day during Bouchard's class.

21.

Soon after JD began attending Bouchard's class, Bouchard began exhibiting possessive behavior towards JD, which progressed rapidly.

22.

Nearly every day during class, Bouchard would find reasons to pull JD out into the hallway alone.

23.

During class, Bouchard regularly confiscated JD's phone without any valid justification for the purpose of seeing if JD was having conversations with other boys her age.

24.

Bouchard memorized JD's class schedule to make sure he was always standing in the hallway to watch JD as she walked by in between classes. Bouchard harassed and yelled at JD to come into his classroom whenever he would see her. JD always complied, as she was scared to say no to Bouchard, which often resulted in JD arriving late to her next class.

25.

When students began receiving grades back from their first assignments, Bouchard told JD that she was falling behind in his class and that she should start spending her lunch periods with him in his classroom so that he could provide her with "extra help."  In reality, JD was performing well in Bouchard's class and received better grades than other students. Bouchard's motive behind the "extra help" was to have consistent alone time with JD in his classroom.

26.

This alone time with JD allowed Bouchard to prey upon JD and engage in a practice called "grooming" where he conditioned JD to trust him.

27.

During this time in Bouchard's classroom at school, Bouchard would often:

a.  lock JD in his classroom closet against her will for extended periods of time;

b.  make sexual comments towards JD;

c.  sexually abuse JD by groping her breasts;

d.  request sexual pictures of JD;

e.  disclose that he had sexual fantasies about dominating JD;

f.  teach JD about BDSM[1] intercourse;

g.  tell JD that he had raped young teenage girls in the past and became a high school;

    teacher for the express purpose of having affairs with students; and

h.  perform many other abusive acts against JD.

28.

After learning that JD was dating a boy in her class, Bouchard attempted to dominate and psychologically abuse JD. Bouchard would tell JD that she was "promiscuous" and that she was a "seductress" and a "whore".

29.

Bouchard told JD that it was her fault that he liked her and that JD was ruining his marriage because Bouchard almost yelled out JD's name while having intercourse with his wife.

30.

Bouchard told JD that his father had sexually abused an underage girl earlier in life and that this made Bouchard feel better about abusing JD.

31.

As the year progressed, Bouchard's inappropriate conduct towards JD was no longer limited to his classroom, but it was also conducted openly at CCHS.

32.

While at school, Bouchard, who lived nearby to JD, would frequently ask JD to sneak out of her home at night so that they could engage in sexual intercourse at his home.

---

[1]    "BDSM" is an umbrella term, meaning "Bondage and Discipline; Dominance and Submission, Sadochism and Masochism."

33.

As Bouchard's abusive relationship with JD continued to progress, JD began trying to make herself look "as ugly as possible" so that Bouchard would lose interest in her. However, JD's efforts were to no avail.

34.

In addition to abusing JD sexually, Bouchard began encouraging JD to become bulimic and throw up after each meal.

35.

Due to Bouchard's persistent psychological abuse, JD's mental health deteriorated, her Obsessive-Compulsive Disorder ("OCD") progressed, and she developed a severe eating disorder.

36.

Around this point in time, JD began receiving failing grades in her classes.

**DEFENDANT'S KNOWLEDGE OF WIDESPREAD ABUSE**

37.

Prior to abusing JD, in or around the 2014-2015 or 2015-2016 school year, while employed as a teacher at CCHS, a student reporter for the Odyssey, the CCHS student news magazine, reported Bouchard to CCHS administration after Bouchard "accidently" sent sea urchin pornography to the student. Bouchard also told this student reporter that he had a "sex addiction." Despite these reported acts of sexual misconduct, Bouchard faced no disciplinary action and was permitted to keep his teaching position at CCHS.

38.

In August of 2016, multiple students in JD's class reported to Yuran that Bouchard frequently acted inappropriately toward JD during class and that Bouchard spent a significant amount of time alone with JD in the hallway instead of teaching.

39.

During the Fall of 2016 and Spring of 2017, multiple students in JD's class reported to Yuran that Bouchard and JD had been alone in a closet together in Bouchard's classroom on multiple occasions.

40.

During the Fall of 2016, JD would frequently arrive late to her classes as a result of Bouchard pulling her into his classroom in between class periods. When this would happen, JD's teachers knew that JD was coming from Bouchard's classroom.

41.

As the year progressed, Bouchard's inappropriate behavior towards JD was no longer limited to his classroom, but it was conducted openly at CCHS, and it became common knowledge among the CCHS teachers and administration.

42.

In or around February of 2017, multiple teachers reported to the administration that JD would often cry at CCHS, stare at the wall for entire class periods, or exhibit listless, unresponsive behavior. The CCHS teachers and administration both knew this was due to Bouchard's sexually inappropriate conduct towards JD.

43.

On one occasion, in or around the Spring of 2017, Bouchard's fellow science teacher, Thomasina Miranda, walked in on Bouchard and JD alone in Bouchard's classroom and said, "Is this the child? You need to stop because you are going to get our school in trouble. This is disgusting."

44.

Around this same time, in or around the Spring of 2017, another ninth-grade teacher confronted Bouchard in the hallway about Bouchard's sexually inappropriate conduct towards JD.

45.

Around this same time, in or around the Spring of 2017, Bouchard disclosed to JD that numerous teachers had previously confronted Bouchard regarding his inappropriate conduct towards JD.

46.

After these events, in the Spring of 2017, the CCHS administration expressly permitted Bouchard to spend more and more time alone with JD by mandating that JD eat lunch every day in Bouchard's classroom and permitting Bouchard to tutor JD both during and after school as part of a 504-accommodation plan[2] and Individualized Education Plan ("IEP").[3]

---

[2]    504 Plans help students with disabilities access the same education as their classmates. A child has the right to a 504 plan if: they have any disability, have a record of a disability, or are regarded as having a disability, and the disability interferes with their ability to learn in a general education classroom.

[3]    An Individualized Educational Plan (IEP) is a plan or program developed to ensure that a child who has a disability identified under the law and is attending an elementary or secondary educational institution receives specialized instruction and related services.

47.

Defendant's decision to permit Bouchard to "tutor" JD alone, even after becoming aware of a series of prior incidents involving Bouchard that should have put Defendant on notice of Bouchard's abusive tendencies, allowed Bouchard to continue abusing JD and to take his sexual abuse of JD to new heights.

48.

On one occasion, after school, Bouchard had JD place her hand in his pants where he proceeded to have JD touch his erect penis for the purpose of his own sexual gratification.

49.

On a subsequent occasion after school one day when Mr. Bouchard was driving JD home, Mr. Bouchard drove JD to a wooded area off-campus where Mr. Bouchard proceeded to vaginally rape JD in the backseat of his car. Despite JD's visible pain and suffering and her saying "no" as her virginity and innocence was being stripped away, Mr. Bouchard continued raping JD until he ejaculated.

50.

On a separate occasion after school, in May of 2017, Bouchard forced JD to have oral sex with him while in his vehicle.

51.

Bouchard utilized his authority as a teacher to create the opportunity for and to facilitate his sexual abuse of JD. Specifically, Bouchard's sexual misconduct towards JD started at CCHS, Bouchard held his authoritative position as a teacher over JD's heads, and Bouchard took advantage of his position as a teacher and tutor to create the opportunity to be alone and make improper sexual contact with JD.

52.

In or around June of 2017, Lynn Duke from Clarke County Human Resources received an anonymous report that Bouchard had been sending inappropriate text messages to JD. Despite this report, Bouchard faced no disciplinary action and was permitted to keep his CCHS teaching job and his position of authority over JD.

53.

During the Summer of 2017, Bouchard continued his sexual abuse of JD, which persisted into the beginning of the school year.

54.

In August 2017, CCHS Principal Marie Yuran ("Yuran") and Clarke County School District Superintendent Demond Means ("Means") learned of inappropriate text messages between JD and Bouchard. At first, Yuran and Means chose against taking any adverse employment actions against Bouchard.

55.

Later on, after additional text messages between JD and Bouchard had surfaced, Bouchard was called in to meet with police investigators and CCHS administrators, including Yuran and Means. Yuran and Means publicly represented in a news article that Bouchard "resigned" shortly after the meeting.[4] In reality, rather than terminating Bouchard themselves, Yuran and Means simply forced Bouchard to resign.

56.

Rather than taking early action to prevent or stop the Bouchard's inappropriate conduct towards JD, the CCHS administration expressly permitted Bouchard to spend more and more time

---

[4]        https://odysseynewsmagazine.com/2017/08/29/breaking-inappropriate-texts/

alone with JD by placing him in an official position as a tutor as part of JD's 504-accommodation plan and IEP.

57.

CCHS failed to adequately train its employees to handle these recurring situations presenting an obvious potential of Bouchard abusing JD. In light of the duties assigned to CCHS teachers and administrators, the need for more or different training was blatantly apparent.

58.

Defendant's decision to permit Bouchard to "tutor" JD after school, even after becoming aware of a series of prior incidents involving Bouchard that should have put Defendant on notice of Bouchard's abusive tendencies, allowed Bouchard to continue abusing JD and to take his sexual abuse of JD to new heights.

59.

At all times relevant, Bouchard was in a confidential relationship with JD and was situated to exercise a controlling influence over her will, conduct, and interests, as defined by O.C.G.A. § 23-2-58.

60.

At all times relevant, Bouchard was acting within the course and scope of his employment with Defendant Clarke County.

61.

At all times relevant, Bouchard acted under the color of his employment for Defendant Clarke County.

62.

At all times relevant, Bouchard was an agent and employee of Defendant Clarke County.

13

## COUNT I
## POST-REPORT DELIBERATE INDIFFERENCE IN VIOLATION OF TITLE IX, 20 U.S.C. § 1681, *et seq.*

63.

Title IX of the Education Amendments of 1972 provides, with certain exceptions, that "[n]o person in the United States shall, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any education program or activity receiving Federal financial assistance." 20 U.S.C. § 1681(a).

64.

Defendant Clarke Central receives federal financial assistance pursuant to Title IX.

65.

As a result of prior allegations of sexual misconduct and numerous instances of reporting, Defendant Clarke County had actual knowledge of Bouchard's sexual abuse, sexual harassment, assault, and battery against JD.

66.

JD suffered teacher-on-student sexual abuse and harassment, which is considered sex discrimination prohibited by Title IX.

67.

Defendant Clarke County had actual knowledge of the sexual abuse and harassment that JD continued to suffer by Bouchard after receiving reports of Bouchard's sexual abuse and harassment.

68.

Defendant Clarke County's administrators, employees, and agents with actual knowledge of the prior allegations of sexual misconduct and numerous reports against Bouchard had the

authority and ability to investigate and take meaningful corrective action to remediate the sexual abuse, sexual harassment, and the hostile educational environment that JD suffered, but Defendant Clarke County failed to do so.

69.

While Bouchard continued to sexually abuse and harass JD, Defendant Clarke County failed to take meaningful disciplinary or corrective action against Bouchard and continually failed to take corrective action to remediate the sexual abuse, sexual harassment, and hostile educational environment that JD experienced after having knowledge of reports of Bouchard's actions were clearly unreasonable in light of the known circumstances.

70.

Through its actions and inaction, Defendant Clarke County created and nurtured an environment in which sexual abuse and harassment were tolerated, thus encouraging Bouchard's sexual abuse and harassment against JD and proximately caused severe injuries to JD.

71.

As a result of Defendant Clarke County's deliberate indifference, JD was subjected to additional sexual abuse and harassment by Bouchard.

72.

The sexual abuse, harassment, assault, and battery Bouchard inflicted upon JD was severe, pervasive, and objectively offensive, and effectively barred JD access to educational opportunities and benefits.

73.

The sexual abuse, harassment, assault, and battery inflicted upon JD, along with Defendant Clarke Central's refusal to take any meaningful action in response to reports of Bouchard's sexual

misconduct and harassment against JD, effectively barred JD access to educational opportunities and benefits. Defendant Clarke Central's actions caused JD's parents to withdraw her from CCHS. As a result, Defendant Clarke Central deprived JD of numerous educational opportunities and benefits.

74.

By its actions and inaction, Defendant Clarke Central acted with deliberate indifference toward the rights of JD to a safe and secure educational environment, thus materially impairing her ability to pursue her education at CCHS, thus violating the requirements of Title IX.

75.

Specifically, Defendant Clarke Central violated Title IX by *inter alia*:

a.  Choosing to take sides against JD, by refusing to discipline Bouchard;

b.  Ignoring complaints and reports regarding Bouchard's sexual abuse, harassment, and misconduct against JD, and/or being deliberately indifferent thereto;

c.  Failing to conduct an unbiased investigation into reports of Bouchard's sexual misconduct, and/or being deliberately indifferent thereto;

d.  Requiring JD to protect herself against further sexual abuse, harassment, and misconduct following reports against Bouchard;

e.  Protecting and insulating Bouchard, despite numerous credible and consistent reports of Bouchard's sexual misconduct against JD;

f.  Creating a climate that tolerated sexual abuse and harassment against JD, and/or being deliberately indifferent thereto;

g.  Failing to develop or adopt policies and procedures to properly address complaints of teacher on student sexual abuse, harassment, assault, and battery, and post-report sexual abuse and harassment;

h.  Failing to provide policy, procedures, or training for administrators, employees, students, and students' parents about sexual abuse and harassment;

i.  Failing to follow existing policies and procedures, or training regarding reports of teacher on student sexual abuse and harassment, including Georgia's mandatory reporter laws;

j.  Failing to discipline Bouchard and/or Defendant Clarke Central's employees and agents identified herein for their willful disregard to JD's safety and rights, and/or being deliberately indifferent thereto;

k.  Failing to provide, offer, recommend, or coordinate adequate psychological counseling and academic assistance and services to JD after she was sexually abused, harassed, assaulted, and battered by Bouchard, and/or being deliberately indifferent thereto; and

l.  Through other actions, inaction, and deliberate indifference.

76.

As a direct and proximate result of Defendant Clarke County's action, inaction, and deliberate indifference, JD sustained and continues to sustain injuries for which she is entitled to be compensated, including but not limited to:

a.  Past, present, and future physical and psychological pain, suffering, and impairment;

b.  Medical bills, counseling, and other costs and expenses for past and future medical and psychological care;

17

c.  A marred educational record, an impaired educational capacity and future earning capacity;

d.  Attorneys' fees and costs; and

Such other further relief as this Court deems just and proper.

## COUNT II
## VIOLATION OF THE RIGHT TO EQUAL PROTECTION (42 U.S.C. § 1983)

77.

42 U.S.C. § 1983 authorizes private parties to enforce their federal constitutional rights and federal statutory rights against defendants who have acted under color of state law. JD had a constitutional right not to be sexually abused while in the care of Defendant Clarke County and has a constitutional due process liberty interest to bodily integrity,

78.

At all times relevant to this Complaint, the conduct of Defendant and its agents was subject to 42 U.S.C. § 1983.

79.

Acting under color of law and pursuant to official policy and/or custom, Defendant Clarke County knowingly, recklessly, and/or with gross negligence failed to instruct, supervise, control and discipline on a continuing basis Bouchard in his duties to refrain from depriving JD of her statutory rights under Title IX and/or her substantive due process rights guaranteed by the Fourteenth Amendment.

80.

Defendant Clarke County had actual knowledge of the severe and pervasive sexual harassment, abuse, assault, and battery on JD as well as a report of sexual harassment of another student by Bouchard at CCHS.

18

81.

Through these reports, both Superintendent Means and Principal Yuran had actual knowledge of Bouchard's abuse, which provided Defendant Clarke County with constructive notice of Bouchard's abuse.

82.

Defendant Clarke Central knew or should have known of the severe and pervasive sexual harassment, abuse, assault, and battery of JD by Bouchard.

83.

Defendant Clarke County had the power to prevent or aid in preventing the commission of the aforementioned deprivation of JD's federal statutory rights, and could have done so by exercising reasonable diligence, yet Defendant Clarke County knowingly, recklessly, and/or with gross negligence failed or refused to do so.

84.

Defendant Clarke County had actual and constructive notice and knowledge of Bouchard's persistent pattern of abuse and illegal conduct towards JD as there were multiple reports of the abuse, and it still failed to take any further action.

85.

Defendant Clarke County directly or indirectly, under color of law, approved or ratified the unlawful, deliberate, malicious, reckless, and wanton conduct of Bouchard described herein.

86.

Defendant Clarke County had an affirmative constitutional duty to protect JD's right to bodily integrity, including protection from sexual abuse by one of its employees.

87.

Defendant Clarke County, under color of law, failed to maintain and/or enforce policies, customs, practices, and training to prevent a violation of federal statutory and constitutional rights, rendering Defendant Clarke County deliberately indifferent to JD's federally guaranteed rights under Title IX and her liberty interest in her bodily integrity as protected the substantive due process clause of the Fourteenth Amendment. Defendant Clarke County's policies, practices, acts, and omissions placed JD at unreasonable and foreseeable risk of being sexually abused by Bouchard.

88.

Despite having subjective knowledge of the risk of serious harm to its students, Defendant Clarke County acted with deliberate indifference towards the safety and wellbeing of its students, including JD, in disregarding that risk. This conduct includes, but is not limited to, Defendant Clarke County's failure to take required action in response to multiple credible reports of Bouchard's abusive conducts towards students, including JD, which established a clear and persistent pattern of abuse by Bouchard. Defendant Clarke County failed to report these allegations to authorities or parents and instead allowed Bouchard to remain employed and did not terminate him even after pornography was sent to a student reporter and after numerous reports of Bouchard's sexual misconduct against JD were made. Instead, CCHS administration expressly permitted Bouchard to spend more and more time alone with JD by letting him tutor her after school as part of a 504-accommodation plan and IEP, thereby establishing a custom of deliberate indifference to abuse.

89.

Defendant Clarke County had subjective knowledge of the risk of serious harm to students through receipt of multiple reports of Bouchard's abuse, yet Defendant Clarke County deliberately disregarded that risk by failing to take appropriate action in the face of Bouchard's persistent pattern of abuse at CCHS.

90.

Despite Defendant Clarke County's actual and/or constructive knowledge of the persistent pattern of abuse by Bouchard, its employee, Defendant Clarke County tacitly approved and deliberately ignored the abuse, such that Defendant Clarke County's inaction established a custom of deliberate indifference to abuse.

91.

Defendant Clarke County's custom of deliberate indifference to abuse directly resulted in the continued abuse of JD by Bouchard.

92.

Defendant Clarke County's senior officials, including Superintendent Means and Principal Yuran, made express decisions to retain Bouchard and to not take any action to end Bouchard's pattern of abuse, despite receiving multiple credible reports of Bouchard's abuse towards another student and JD. These individuals were vested with ultimate, non-reviewable decision-making authority regarding credible reports of teacher-on-student abuse and ultimately approved and implemented the policy and custom of deliberate indifferent to abuse.

93.

Defendant Clarke County took no action to correct its senior officials' deliberate inactions for reports of sexual harassment by Bouchard and other failures to ensure that JD had an education free of sexual harassment.

94.

Means' failure to supervise violated JD's, and other students', substantive due process rights under the Fourteenth Amendment including equal access to her educational institution's resources and opportunities without discrimination on the basis of sex, freedom from sexual abuse in school, and right to bodily integrity.

95.

As a direct and proximate cause of the negligent and intentional acts of Bouchard as set forth above, JD suffered sexual abuse, mental anguish, and a denial of education benefits in connection with the deprivation of her federal statutory rights guaranteed under Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681, the substantive due process clause of the Fourteenth Amendment and protected by 42 U.S.C. § 1983.

**COUNT III**
**VIOLATION OF SUBSTANTIVE DUE PROCESS RIGHTS (42 U.S.C. § 1983)**

96.

42 U.S.C. § 1983 authorizes private parties to enforce their federal constitutional rights and federal statutory rights against defendants who have acted under color of state law. JD had a constitutional right not to be sexually abused while in the care of Bouchard and has a constitutional due process liberty interest to bodily integrity,

97.

At all times relevant to this Complaint, the conduct of Bouchard was subject to 42 U.S.C. § 1983.

98.

At all times relevant to this Complaint, Bouchard, as a teacher and school-appointed tutor, was acting under the discretion and control of Defendant Clarke County and acting under color of state law.

99.

Bouchard committed the acts of sexual harassment, abuse, assault, and battery against JD.

100.

Acting under color of law and pursuant to official policy and/or custom, Defendant Clarke County and its agents knowingly, recklessly, or with gross negligence failed to instruct, supervise, control, and discipline on a continuing basis Bouchard in his duties to refrain from depriving JD of her statutory rights under Title IX and/or her substantive due process rights guaranteed by the Fourteenth Amendment.

101.

Defendant and Bouchard's conduct, as complained of herein, was performed under color of state law and deprived JD of her federal statutory and constitutional rights.

102.

As a direct and proximate cause of the negligent and intentional acts of Defendant and its agents as set forth above, JD suffered sexual abuse, mental anguish, and a denial of education benefits in connection with the deprivation of her federal statutory rights guaranteed under Title

23

IX of the Education Amendments of 1972, 20 U.S.C. § 1681, the substantive due process clause

of the Fourteenth Amendment and protected by 42 U.S.C. § 1983.

## COUNT IV
## ATTORNEY'S FEES

### 103.

Defendant's actions constitute willful, intentional, and tortious conduct. Every intentional

tort involves an element of bad faith that entitles a person to recover the expenses of litigation,

including attorney's fees.

### 104.

The actions of Defendant and its agents and representatives have caused Plaintiff

unnecessary trouble and expense.

### 105.

Plaintiff is entitled to recover the necessary expenses of litigation, including her attorney's

fees from the Defendant pursuant to O.C.G.A. § 13-6-11.

WHEREFORE, Plaintiff prays and respectfully demand verdict and judgment as follows:

a.   That summons and process issue and that Defendant be served with the summons

     and a copy of this Complaint as provided by law, and that said Defendant be

     required to appear and answer;

b.   That Plaintiff be awarded compensatory damages against the Defendant for the

     emotional and physical injuries sustained by Plaintiff, in an amount as

     may be determined by the enlightened conscience of an impartial jury as shall be

     shown by the evidence;

c.   That Plaintiff be awarded special damages against the Defendant for the medical

     expenses of JD in such amounts as shall be shown by the evidence and proven at trial;

d.  That Plaintiff be awarded compensatory damages against Defendant, for the conscious pain and suffering of JD, in such amounts as may be determined by the enlightened conscience of an impartial jury as shall be shown by the evidence;

e.  That Plaintiff be awarded attorney's fees and costs in pursuing this action;

f.  That Plaintiff be granted a trial by jury;

g.  That Defendant be charged with all court costs attributable to this action and such other costs reasonably incurred in the prosecution and trial of this case; and

h.  That Plaintiff be granted such other and further relief that may be supported by the evidence and as this Court deems just and proper.

Respectfully submitted this 1st day of April, 2022.

**PENN LAW LLC**

*/s/ Darren W. Penn*
DARREN W. PENN
Georgia Bar No. 571322
darren@pennlawgroup.com
KEVIN M. KETNER
Georgia Bar No. 418233
kevin@pennlawgroup.com

4200 Northside Parkway, NW
Building One, Suite 100
Atlanta, Georgia 30327
Phone/Fax: (404) 961-7655

**THE HULL FIRM, LLC**

A. KAMAU HULL
Georgia Bar No. 147047
kamau@thehullfirmllc.com

3720 Atlanta Highway, Suite 3
Athens, Georgia 30606
Phone: 706-995-7417

*Attorneys for Plaintiff*



# PENN LAW
## — L L C —

August 24, 2018

*Via Email, Federal Express & Certified Mail*
*RRR# 9414 7118 9956 0153 7070 94*
Nancy Denson
Mayor, Unified Government of Athens-Clarke
County, Georgia
301 College Ave.
Suite 300
Athens, GA 30601
nancy.denson@athensclarkecounty.com

*Via Email, Federal Express & Certified Mail*
*RRR# 9414 7118 9956 0153 7010 92*
Sharyn Dickerson, Commissioner
District 1, Athens-Clarke County, GA
317 Blue Heron Drive
Athens, GA 30605
sharyn.dickerson@athensclarkecounty.com

*Via Email, Federal Express & Certified Mail*
*RRR# 9414 7118 9956 0153 1332 37*
Melissa Link, Commissioner
District 3, Athens-Clarke County, GA
148 Hiawassee Ave.
Athens, GA 30601
melissa.link@athensclarkecounty.com

*Via Email, Federal Express & Certified Mail*
*RRR# 9414 7118 9956 0153 1343 26*
Mariah Parker, Commissioner
District 2, Athens-Clarke County, GA
170 Cone Drive
Athens, GA 30601
mariah.parker@accgov.com

*Via Email, Federal Express & Certified Mail*
*RRR# 9414 7118 9956 0153 1354 77*
Jared Bailey Commissioner
District 5, Athens-Clarke County, GA
145 Marsha Court
Athens, GA 30606
jared.bailey@athensclarkecounty.com

*Via Email, Federal Express & Certified Mail*
*RRR# 9414 7118 9956 0153 1325 99*
Allison Wright, Commissioner
District 4, Athens-Clarke County, GA
430 Hampton Court
Athens, GA 30605
allison.wright@athensclarkecounty.com

*Via Email, Federal Express & Certified Mail*
*RRR# 9414 7118 9956 0153 1305 64*
Diane Bell, Commissioner
District 7, Athens-Clarke County, GA
130 Duncan Springs Road
Athens, GA 30606
Diane.bell@athensclarkecounty.com

*Via Email, Federal Express & Certified Mail*
*RRR# 9414 7118 9956 0153 1377 23*
Jerry NeSmith, Commisioner
District 6 Athens-Clarke County, GA
210 Deerhill Drive
Bogart, GA 30622
jerry.nesmith@athensclarkecounty.com

*Via Email, Federal Express & Certified Mail*
*RRR# 9414 7118 9956 0153 1312 19*
Kelly Girtz, Commissioner
District 9, Athens-Clarke County, GA
562 Pulaski Street
Athens, GA 30601
kelly.girtz@athensclarkecounty.com

*Via Email, Federal Express & Certified Mail*
*RRR# 9414 7118 9956 0153 1196 44*
Andy Herod, Commissioner
District 8 Athens-Clarke County, GA
315 Brookwood Drive
Athens, GA 30605
andy.herod@athensclarkecounty.com

**Plaintiffs Exhibit**

**1**

*Clarke County School District Ante Litem Notice*
*Page 2 of 5*
*August 24, 2018*

***Via Email, Federal Express & Certified Mail***
***RRR# 9414 7118 9956 0145 3703 67***
Demond Means
Superintendent, Clarke County School District
440-1 Dearing Extension
Athens, GA 30606
superintendent@clarke.k12.ga.us

***Via Email, Federal Express & Certified Mail***
***RRR# 9414 7118 9956 0145 3877 16***
Mike Hamby, Commissioner
District 10, Athens-Clarke County, GA
375 West Rutherford Street
Athens, GA 30606
mike.hamby@athensclarkecounty.com

***Via Federal Express & Certified Mail***
***RRR# 9414 7118 9956 0145 3715 93***
Marie Yuran
Principal, Clarke Central High School
350 South Miledge Avenue
Athens, GA 30605
yuranm@clarke.k12ga.us

***Via Federal Express & Certified Mail***
***RRR# 9414 7118 9956 0145 3814 86***
Greg Davis - District One
Clarke County School District
Board of Education
210 Deertree Drive
Athens, GA 30605
*davisg@clarke.k12.ga.us*

***Via Federal Express & Certified Mail***
***RRR# 9414 7118 9956 0145 3535 75***
Vernon Payne - District Two
Clarke County School District
Board of Education
200 Payne Drive
Athens, GA 30601
paynev@clarke.k12.ga.us

***Via Federal Express & Certified Mail***
***RRR# 9414 7118 9956 0145 3034 88***
Linda Davis - District Three
Clarke County School District
Board of Education
167 Peach Street
Athens, GA 30606
davislin@clarke.k12.ga.us

***Via Federal Express & Certified Mail***
***RRR# 9414 7118 9956 0145 3513 28***
Jared Ruiz Bybee - District Four
Clarke County School District
Board of Education
310 Milledge Hts
Athens, GA, 30605
bybeej@clarke.k12.ga.us

***Via Federal Express & Certified Mail***
***RRR# 9414 7118 9956 0145 3001 04***
Sarah Ellis - District Five
Clarke County School District
Board of Education
321 Dubose Avenue
Athens, GA 30601
elliss@clarke.k12.ga.us

***Via Federal Express & Certified Mail***
***RRR# 9414 7118 9956 0145 3641 99***
Charles Worthy - District Six
Clarke County School District
Board of Education
120 Melbourne Drive
Athens, GA 30606
worthyc@clarke.k12.ga.us

***Via Federal Express & Certified Mail***
***RRR# 9414 7118 9956 0145 3017 29***
Carol Williams - District Seven
Clarke County School District
Board of Education
115 St. George Place
Athens, GA 30606
williamscar@clarke.k12.ga.us

*Clarke County School District Ante Litem Notice*
*Page 3 of 5*
*August 24, 2018*

**Via Federal Express & Certified Mail**
**RRR# 9414 7118 9956 0145 2102 67**
John A. Knox - District Eight
Clarke County School District
Board of Education
225 Gentry Dr.
Athens, GA 30605
Email: knoxj@clarke.k12.ga.us

**Via Federal Express & Certified Mail**
**RRR# 9414 7118 9956 0145 2404 62**
Ovita Thornton - District Nine
Clarke County School District
Board of Education
P.O. Box 82313
Athens, GA 30608-2313
Email: thorntono@clarke.k12.ga.us

**Via Federal Express & Certified Mail**
**RRR# 9414 7118 9956 0145 2499 60**
Lynn Duke, Executive Director of Human
Resources and Information Services
Clarke County School District
440-1 Dearing Extension
Athens, GA 30606
dukel@clarke.k12.ga.us

**Via Federal Express & Certified Mail**
**RRR# 9414 7118 9956 0145 2413 77**
Julie Coile, Human Resources Specialist/Schools
and Facilities
Clarke County School District
440-1 Dearing Extension
Athens, GA 30606
coilej@clarke.k12.ga.us

## ANTE LITEM NOTICE OF CLAIMS

| | |
|---|---|
| **Claimant:** | May and Ty Dartez and the Parents and Natural Guardian of A.D. |
| **Claim:** | Personal Injuries Resulting in Sexual Harassment and Abuse by Teacher |
| **Date:** | August 28, 2017 |
| **Location:** | Clarke Central High School, 350 S. Milledge Ave., Athens, GA 30605. |

Dear Mayor and Commissioners:

This firm, along with the Hull Firm represents May and Ty Dartez as the parents and natural guardian of A.D.[1] regarding claims against Clarke Central High School/School District and others arising out of a sustained pattern of sexual misconduct on the part of a Clarke Central High School teacher towards A.D. which culminated on or about August 28, 2017.

Please accept this letter as *ante litem* notice of a claim against Clarke Central School District/Board of Education for the debilitating and permanent injuries sustained by A.D. pursuant to O.C.G.A. § 36-11-1 et seq. and any other laws, statutes, rules, or regulations requiring the preservation of claims against governmental entities. This notice is presented within 12 months of when A.D.'s claim accrued. Additionally, at the time this Incident occurred, A.D. was only 15 years old. Therefore, although A.D. has 12 months from the day she turns 18 to provide notice of her claims, she is providing notice now.[2] Please note that a criminal investigation is currently pending and this is based upon the information present available to claimant's counsel.

Specifically, at all times relevant to A.D's claim, she was 15 years old and a 9th grade student at Clarke Central High School. A letter from Clarke County School District provides an incident date of

---

[1] A.D.'s identity is redacted due to the fact that she was a victim of childhood sexual abuse.
[2] O.C.G.A. § 36-11-1; *Coweta Cnty. v. Cooper*, 318 Ga. App. 41 (2012).



*Clarke County School District Ante Litem Notice*
*Page 4 of 5*
*August 24, 2018*

August 28, 2017 based on an "inappropriate sexual relationship with a student" between teacher Maurice Bouchard and A.D. Specifically, A.D. was the victim of a systematic and targeted grooming by Mr. Bouchard resulting in physical, emotional and mental sexual harassment and abuse. This relationship includes inappropriate text messages, touching, exposing A.D. to pornography and other sexual content such as Bondage, Domination, Submission and Masochism ("BDSM") and mental and physical manipulation and control. Additionally, Mr. Bouchard attempted to commit statutory rape of A.D. and the two had planned to meet to engage in sexual intercourse the weekend after this activity was reported.

Furthermore, Mr. Bouchard admitted to A.D. that he had raped 12 and 13-year old girls in the past and became a high school teacher for the express purpose of having affairs with students. Rather than do anything about this, the school actually expressly permitted Mr. Bouchard to spend more and more time alone with A.D. by letting him tutor her as part of a 504 accommodation plan and an Individualized Education Plan ("IEP"). This individualized attention to A.D. allowed Mr. Bouchard to prey upon her and engage in a practice called "grooming" where he conditioned A.D. to trust him. Mr. Bouchard then exploited this relationship by engaging in touching, sexual comments and sexual fantasies and dominating A.D. by taking actions such as locking her in a classroom closet, taking her phone and encouraging her to become bulimic and throw up after each meal.  This behavior was conducted openly at school, providing Clarke Central High School with knowledge of this unlawful conduct.

The discovery of this unlawful behavior resulted in Mr. Bouchard's resignation on or about August 28, 2017. Despite Mr. Bouchard's resignation, this conduct is ongoing. For example, in November 2017, Mr. Bouchard sent A.D. threatening messages telling her before Thanksgiving of 2017 that he wanted to "kidnap her and bring her into his home to have BDSM intercourse with her." A.D.'s mom immediately contacted the police and filed a police report. Furthermore, Clarke Central's conduct is ongoing since it refused to provide A.D. with a 504 accommodation plan after these traumatic events, but instead suggested she transfer to a different school. A.D. began at a new school in the Fall of 2017.

While our investigation into the facts surrounding this incident continues, and without waiving the right to assert additional or different bases for A.D.'s claims at a later date, A.D.'s claims against Clarke County School District include, but are not limited to Childhood Sexual Abuse under the Hidden Predator Act (O.C.G.A. § 9-3-33.1), respondeat superior, negligent hiring and training, negligent infliction of emotional distress and federal claims under Title IX. The School District's basis for liability is not only based upon its status as the employer of Mr. Bouchard but also in its aiding Mr. Bouchard's harassment by the authority granted to him by school district over A.D. as a student.

In the event that Clarke County School District does not satisfactorily resolve these claims, A.D. intends to initiate a suit for the claims stated above for A.D.'s injuries including pain and suffering, punitive damages, attorney's fees, and any and all other damages as permitted under applicable Georgia and federal law. Due to these unlawful acts, A.D. suffers from emotional distress manifesting itself in an eating disorder, mental health complications, medical bills and pain and suffering. A.D. hereby claims losses in the amount of five million dollars ($5,000,000.00). Specifically, to date A.D.'s medical expenses total $11,447.57. In the event the foregoing entities and their officers, agents, and/or employees do not satisfactorily resolve these claims, A.D. intends to initiate a suit for any and all damages permitted under Georgia and federal law including punitive damages and attorney's fees. If these claims cannot be settled without litigation, this amount shall not be binding on the claimant and recovery of a greater sum is permitted. *Maryon v. City of Atlanta*, 149 Ga. 35 (1919).

*Clarke County School District Ante Litem Notice*
*Page 5 of 5*
*August 24, 2018*

If you contend this letter does not provide you with sufficient notice of claim pursuant to O.C.G.A. § 36-11-1 et seq., or comply with said statute, please advise us within 10 days of receipt. Otherwise, we will assume that we have provided sufficient information to investigate and evaluate the claim in compliance with the statutory notice requirements. Please also accept this as a request for all insurance policies, indemnification agreements, or other such information that could potentially apply to these claims.

Should you have any questions, please do not hesitate to contact me directly. Thank you in advance for your cooperation.

Very truly yours,

**PENN LAW**

Darren W. Penn

DWP/asc

Restricted Delivery?          Service Type
(Extra Fee)    ☐ Yes          CERTIFIED

Article Number
9414 7118 9956 0153 1305 64

9414 7118 9956 0153 1305 64

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐ Addressee or ☐ Agent)   B. Received By: (Please Print Clearly)   C. Date of Delivery
X Diane S Bell                            Diane F Bell                             8-29-18

D. Addressee's Address (If Different From Address Used by Sender)   Article Addressed To:

                                                                    Diane Bell, Commissioner
Secondary Address / Suite / Apt. / Floor   (Please Print Clearly)   District 7, Athens-Clarke County, GA
                                                                    130 Duncan Springs Road
Delivery Address                                                    Athens GA 30606-4614

City                          State        ZIP + 4 Code

---

Restricted Delivery?          Service Type
(Extra Fee)    ☐ Yes          CERTIFIED

Article Number
9414 7118 9956 0145 3814 86

9414 7118 9956 0145 3814 86

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐ Addressee or ☐ Agent)   B. Received By: (Please Print Clearly)   C. Date of Delivery
X [signature]

D. Addressee's Address (If Different From Address Used by Sender)   Article Addressed To:

                                                                    George Davis, District One
Secondary Address / Suite / Apt. / Floor   (Please Print Clearly)   Clarke County SD BOE
                                                                    210 Deertree Drive
Delivery Address                                                    Athens GA 30605-4576

City                          State        ZIP + 4 Code

---

Restricted Delivery?          Service Type
(Extra Fee)    ☐ Yes          CERTIFIED

Article Number
9414 7118 9956 0145 2102 67

9414 7118 9956 0145 2102 67

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐ Addressee or ☐ Agent)   B. Received By: (Please Print Clearly)   C. Date of Delivery
X [signature]                             Pamela Knox                              8/28/2018

D. Addressee's Address (If Different From Address Used by Sender)   Article Addressed To:

                                                                    John A. Knox, District Eight
Secondary Address / Suite / Apt. / Floor   (Please Print Clearly)   Clarke County SD BOE
                                                                    225 Gentry Drive
Delivery Address                                                    Athens GA 30605-3923

City                          State        ZIP + 4 Code



9414 7118 9956 0153 1343 26

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐Addressee or ☐Agent)
X _Sharon L. Sims_

B. Received By: (Please Print Clearly)

C. Date of Delivery 8/28/18

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor     (Please Print Clearly)

Delivery Address

City          State     ZIP + 4 Code

Article Addressed To:

Mariah Parker, Commissioner
District 2, Athens-Clarke County, GA
170 Cone Drive
Athens GA 30601-3326

Restricted Delivery?

(Extra Fee)  ☐ Yes

Service Type

**CERTIFIED**

Article Number

9414 7118 9956 0153 7010 92

9414 7118 9956 0153 7010 92

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐Addressee or ☐Agent)
X

B. Received By: (Please Print Clearly)

C. Date of Delivery 8/27/18

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor     (Please Print Clearly)

Delivery Address

City          State     ZIP + 4 Code

Article Addressed To:

Sharyn Dickerson, Commissioner
District 1, Athens-Clarke County, GA
317 Blue Heron Drive
Athens GA 30605-4970

Restricted Delivery?

(Extra Fee)  ☐ Yes

Service Type

**CERTIFIED**

Article Number

9414 7118 9956 0153 7070 94

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐Addressee or ☐Agent)
X

B. Received By: (Please Print Clearly)
N. Mueller

C. Date of Delivery 8/28/18

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor     (Please Print Clearly)

Delivery Address

City          State     ZIP + 4 Code

Article Addressed To:

Nancy Denson
Mayor, Unified Government Of Athens-Clar
301 College Ave., Suite 300
Athens GA 30601-2715

Restricted Delivery?  Service Type

(Extra Fee) ☐ Yes    CERTIFIED

Article Number

9414 7118 9956 0153 1196 44

COMPLETE THIS SECTION ON DELIVERY

A. Signature: (☐Addressee or ☐Agent)    B. Received By: (Please Print Clearly)    C. Date of Delivery

X                                        X  A. HEROD                            8/27/18

D. Addressee's Address (If Different From Address Used by Sender)    Article Addressed To:

Secondary Address / Suite / Apt. / Floor    (Please Print Clearly)

Delivery Address                                                   Andy Herod, Commissioner
                                                                   District 8 Athens-Clarke County, GA
                                                                   315 Brookwood Drive
City                    State      ZIP + 4 Code                    Athens GA 30605-3807

Restricted Delivery?  Service Type

(Extra Fee) ☐ Yes    CERTIFIED

Article Number

9414 7118 9956 0153 1377 23

COMPLETE THIS SECTION ON DELIVERY

A. Signature: (☐Addressee or ☐Agent)    B. Received By: (Please Print Clearly)    C. Date of Delivery

X  Jerry NeSmith                                                   8-27-18

D. Addressee's Address (If Different From Address Used by Sender)    Article Addressed To:

Secondary Address / Suite / Apt. / Floor    (Please Print Clearly)

Delivery Address                                                   Jerry NeSmith, Commisioner
                                                                   District 6 Athens-Clarke County, GA
                                                                   210 Deerhill Drive
City                    State      ZIP + 4 Code                    Bogart GA 30622-1741

Restricted Delivery?  Service Type

(Extra Fee) ☐ Yes    CERTIFIED

Article Number

9414 7118 9956 0145 2499 60

9414 7118 9956 0145 2499 60

COMPLETE THIS SECTION ON DELIVERY

A. Signature: (☐Addressee or ☐Agent)    B. Received By: (Please Print Clearly)    C. Date of Delivery

X  Doris Calbert                          Doris Calbert              8/27/18

D. Addressee's Address (If Different From Address Used by Sender)    Article Addressed To:

Secondary Address / Suite / Apt. / Floor    (Please Print Clearly)                Lynn Duke, Exec. Dir. Human Resources
                                                                   Clarke County School District
Delivery Address                                                   440 Dearing Extension Bldg 1
                                                                   Athens GA 30606-3579
City                    State      ZIP + 4 Code

Restricted Delivery?
(Extra Fee)  ☐ Yes   Service Type   CERTIFIED

Article Number
9414 7118 9956 0145 3641 99

9414 7118 9956 0145 3641 99

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐Addressee or ☐Agent)
X _____

B. Received By: (Please Print Clearly)
Kubu Worthy

C. Date of Delivery

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor    (Please Print Clearly)

Delivery Address

City _____ State _____ ZIP + 4 Code

Article Addressed To:

Charles Worthy, District 6
Clarke County SD BOE
120 Melbourne Drive
Athens GA 30606-1380

PS Form 3810, 2/04

---

Restricted Delivery?
(Extra Fee)  ☐ Yes   Service Type   CERTIFIED

Article Number
9414 7118 9956 0153 1312 19

9414 7118 9956 0153 1312 19

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐Addressee or ☐Agent)
X _____

B. Received By: (Please Print Clearly)
K. Girtz

C. Date of Delivery
8/27/18

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor    (Please Print Clearly)

Delivery Address

City _____ State _____ ZIP + 4 Code

Article Addressed To:

Kelly Girtz, Commissioner
District 9, Athens-Clarke County, GA
562 Pulaski Street
Athens GA 30601-2347

---

Restricted Delivery?
(Extra Fee)  ☐ Yes   Service Type   CERTIFIED

Article Number
9414 7118 9956 0145 3703 67

9414 7118 9956 0145 3703 67

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐Addressee or ☐Agent)
X Doris Calbert

B. Received By: (Please Print Clearly)
Doris Calbert

C. Date of Delivery
8/27/18

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor    (Please Print Clearly)

Delivery Address

City _____ State _____ ZIP + 4 Code

Article Addressed To:

Demond Means, Superintendent
Clarke County SD
440 Dearing Extension Bldg 1
Athens GA 30606-3579

PS Form 3810, 2/04

Restricted Delivery?    Service Type
(Extra Fee) ☐ Yes      CERTIFIED

Article Number
9414 7118 9956 0145 3034 88



9414 7118 9956 0145 3034 88

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐Addressee or ☐Agent)    B. Received By: (Please Print Clearly)    C. Date of Delivery
X

D. Addressee's Address (If Different From Address Used by Sender)

Address / Suite / Apt. / Floor    (Please Print Clearly)

Delivery Address

City                    State        ZIP + 4 Code

Article Addressed To:

Linda Davis, District Three
Clarke County SD BOE
167 Peach Street
Athens GA 30606-2842

Restricted Delivery?    Service Type
(Extra Fee) ☐ Yes      CERTIFIED

Article Number
9414 7118 9956 0145 3001 04

9414 7118 9956 0145 3001 04

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐Addressee or ☐Agent)    B. Received By: (Please Print Clearly)    C. Date of Delivery
X                                        J. Zullo                    02/27/18

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor    (Please Print Clearly)

Delivery Address

City                    State        ZIP + 4 Code

Article Addressed To:

Sarah Ellis, District Five
Clarke County SD BOE
321 Dubose Avenue
Athens GA 30601-1916

Restricted Delivery?    Service Type
(Extra Fee) ☐ Yes      CERTIFIED

Article Number
9414 7118 9956 0145 2413 77

9414 7118 9956 0145 2413 77

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐Addressee or ☐Agent)    B. Received By: (Please Print Clearly)    C. Date of Delivery
X Doris Colbert                          Doris Colbert              8/27/18

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor    (Please Print Clearly)

Delivery Address

City                    State        ZIP + 4 Code

Article Addressed To:

Julie Coile, Human Resources Spec.
Clarke County School District
440 Dearing Extension Bldg 1
Athens GA 30606-3579



Restricted Delivery? (Extra Fee) ☑ Yes

Service Type CERTIFIED

Article Number
9414 7118 9956 0145 3715 93

9414 7118 9956 0145 3715 93

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐Addressee or ☐Agent)
X

B. Received By: (Please Print Clearly)
Linda Glenn

C. Date of Delivery
8 / 27 / 18

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor    (Please Print Clearly)

Delivery Address

City    State    ZIP + 4 Code

Article Addressed To:

Marie Yuran, Principal
Clarke Central High School
350 South Milledge Avenue
Athens GA 30605-1048

---

Restricted Delivery? (Extra Fee) ☑ Yes

Service Type CERTIFIED

Article Number
9414 7118 9956 0145 2404 62

9414 7118 9956 0145 2404 62

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐Addressee or ☐Agent)
X

B. Received By: (Please Print Clearly)
Ovita Thornton

C. Date of Delivery
9/5/18

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor    (Please Print Clearly)

Delivery Address

City    State    ZIP + 4 Code

Article Addressed To:

Ovita Thronton- District Nine
Clarke County SD BOE
P.O. Box 82313
Athens GA 30608-2313

---

Restricted Delivery? (Extra Fee) ☐ Yes

Service Type CERTIFIED

Article Number
9414 7118 9956 0153 1325 99

9414 7118 9956 0153 1325 99

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐Addressee or ☐Agent)
X

B. Received By: (Please Print Clearly)
Lucas Wright

C. Date of Delivery

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor    (Please Print Clearly)

Delivery Address

City    State    ZIP + 4 Code

Article Addressed To:

Allison Wright, Commissioner
District 4, Athens-Clarke County, GA
430 Hampton Court
Athens GA 30605-1516





**TRACK ANOTHER SHIPMENT**

773058850257 



# Delivered
## Monday 8/27/2018 at 8:53 am



**DELIVERED**

Signature not required

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

**FROM**

PENN LAW LLC
Jill Cade
Building 1 Suite 100
4200 Northside Pkwy NW
ATLANTA, GA US 30327
404 961-7655

**TO**

Clarke County SD BOE
Jared Ruiz Bybee, District 4
310 Milledge Hts.
ATHENS, GA US 30605
706 613-3075

8/27/2018 - Monday

8:53 am

Delivered

Left at front door. Package delivered to recipient address - release authorized

ATHENS, GA

Expand History ⌄

8/24/2018 - Friday

1:05 pm

Shipment information sent to FedEx

Ask FedEx ◀

 

**TRACK ANOTHER SHIPMENT**

773058809606 

 

# Delivered
## Monday 8/27/2018 at 10:54 am



**DELIVERED**

Signature not required

**GET STATUS UPDATES**
**OBTAIN PROOF OF DELIVERY**

**FROM**

PENN LAW LLC
Jill Cade
Building 1 Suite 100
4200 Northside Pkwy NW
ATLANTA, GA US 30327
404 961-7655

**TO**

District 2, Clarke County SD BOE
Vernon Payne
200 Payne Drive
ATHENS, GA US 30601
706 613-3075

8/27/2018 - Monday

10:54 am

Delivered

Left at front door. Package delivered to recipient address - release authorized

ATHENS, GA

Expand History ⌄

8/24/2018 - Friday

1:03 pm

Shipment information sent to FedEx

Ask FedEx ◀

FedEx

773058774365 ✎

# Delivered
## Monday 8/27/2018 at 8:32 am



**DELIVERED**

Signed for by: L.GLENN



**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

**FROM**

PENN LAW LLC
Jill Cade
Building 1 Suite 100
4200 Northside Pkwy NW
ATLANTA, GA US 30327
404 961-7655

**TO**

Clarke Central High School
Marie Yuran, Principal
350 South Miledge Avenue
ATHENS, GA US 30605
706 613-3075

8/27/2018 - Monday

8:32 am

Delivered

ATHENS, GA

Expand History ∨

8/24/2018 - Friday

1:00 pm

Shipment information sent to FedEx

Ask FedEx ◀

**OUR COMPANY**

8/30/2018                              Track your package or shipment with FedEx Tracking

 FedEx                                                    ⊕  ☰

TRACK ANOTHER SHIPMENT

773058733939 ✎                                             ☆ 📋  ⑦

# Scheduled delivery:
# Pending



### IN TRANSIT
## ATLANTA, GA

**GET STATUS UPDATES**

**FROM**

PENN LAW LLC
Jill Cade
Building 1 Suite 100
4200 Northside Pkwy NW
ATLANTA, GA US 30327
404 961-7655

**TO**

Clarke County School District
Demond Means, Superintendent
440-1 Dearing Extension
ATLANTA, GA US 30306
706 613-3075

**MANAGE DELIVERY** ⌄

8/27/2018 - Monday

8:31 pm

In transit

ATLANTA, GA

Expand History ⌄

8/24/2018 - Friday

12:58 pm

Shipment information sent to FedEx

Ask FedEx ◀

https://www.fedex.com/apps/fedextrack/?action=track&tracknumbers=773058733939||20180824&cntry_code=us&language=en&clienttype=fhist                1/2

 

**FedEx**

TRACK ANOTHER SHIPMENT

773058222272                                                         ☆ 📋 ⓘ

# Delivered

# Monday 8/27/2018 at 9:09 am



**DELIVERED**

Signature not required

**GET STATUS UPDATES**
**OBTAIN PROOF OF DELIVERY**

**FROM**

PENN LAW LLC
Jill Cade
Building 1 Suite 100
4200 Northside Pkwy NW
ATLANTA, GA US 30327
404 961-7655

**TO**

District 8- Athens Clarke County
Andy Herod, Commissioner
315 Brookwood Drive
ATHENS, GA US 30605
706 613-3075

8/27/2018 - Monday

9:09 am

Delivered

Left at front door. Package delivered to recipient address - release authorized

ATHENS, GA

Expand History ∨

8/24/2018 - Friday

12:25 pm

Shipment information sent to FedEx

Ask FedEx ◀

8/30/2018

Track your package or shipment with FedEx Tracking



**FedEx**

TRACK ANOTHER SHIPMENT

773058200944 



# Delivered

## Monday 8/27/2018 at 11:13 am



**DELIVERED**

Signature not required

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

**FROM**

PENN LAW LLC
Jill Cade
Building 1 Suite 100
4200 Northside Pkwy NW
ATLANTA, GA US 30327
404 961-7655

**TO**

District 6- Athens Clarke County
Jerry NeSmith, Commissioner
210 Deerhill Drive
BOGART, GA US 30622
706 613-3075

# Get Status Updates

## New Recipient

NOTIFY BY
Email (HTML)

EMAIL

LANGUAGE
English

Ask FedEx

8/30/2018                                    Track your package or shipment with FedEx Tracking

**FedEx**                                                            Ω    ☰

773058166452 ✏️                                               ☆   📋   ?

# Delivered
## Monday 8/27/2018 at 8:59 am



**DELIVERED**

Signed for by: L.WRIGHT



**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

**FROM**

PENN LAW LLC
Jill Cade
Building 1 Suite 100
4200 Northside Pkwy NW
ATLANTA, GA US 30327
404 961-7655

**TO**

District 4- Athens-Clarke County
Allison Wright, Commissioner
430 Hampton Court
ATHENS, GA US 30605
706 613-3075

8/27/2018 - Monday

8:59 am

Delivered

ATHENS, GA

Expand History ⌄

8/24/2018 - Friday

12:22 pm

Shipment information sent to FedEx

**OUR COMPANY**



**TRACK ANOTHER SHIPMENT**

773058125187       ☆ 📋 ⑦

# Delivered
# Monday 8/27/2018 at 9:47 am



**DELIVERED**

Signature not required

**GET STATUS UPDATES**
**OBTAIN PROOF OF DELIVERY**

**FROM**

PENN LAW LLC
Jill Cade
Building 1 Suite 100
4200 Northside Pkwy NW
ATLANTA, GA US 30327
404 961-7655

**TO**

District 2- Athens Clarke County
Mariah Parker, Commissioner
170 Cone Drive
ATHENS, GA US 30601
706 613-3075

8/27/2018 - Monday

9:47 am

**Delivered**

Left at front door. Package delivered to recipient address - release authorized

ATHENS, GA

Expand History ∨

8/24/2018 - Friday

12:19 pm

Shipment information sent to FedEx

Ask FedEx ◀

8/30/2018
Case 3:22-cv-00047-CDL   Document 1-1   Filed 04/29/22   Page 45 of 62
Track your package or shipment with FedEx Tracking



**TRACK ANOTHER SHIPMENT**

773058104719                                                                             ☆ 🗐 ⑦

# Delivered
# Monday 8/27/2018 at 10:30 am



**DELIVERED**

Signature not required

**GET STATUS UPDATES**
**OBTAIN PROOF OF DELIVERY**

**FROM**

PENN LAW LLC
Jill Cade
Building 1 Suite 100
4200 Northside Pkwy NW
ATLANTA, GA US 30327
404 961-7655

**TO**

District 1, Athens-Clarke County
Sharyn Dickerson, Commissioner
317 Blue Heron Drive
ATHENS, GA US 30605
706 613-3075

8/27/2018 - Monday

10:30 am

Delivered

Left at front door. Package delivered to recipient address - release authorized

ATHENS, GA

Expand History ∨

8/24/2018 - Friday

12:18 pm

Shipment information sent to FedEx

  

**TRACK ANOTHER SHIPMENT**

                                                                          ☆ 🗒 ⍰

# Delivered
## Monday 8/27/2018 at 9:38 am



**DELIVERED**

Signature not required

**GET STATUS UPDATES**
**OBTAIN PROOF OF DELIVERY**

**FROM**

PENN LAW LLC
Jill Cade
Building 1 Suite 100
4200 Northside Pkwy NW
ATLANTA, GA US 30327
404 961-7655

**TO**

District 9, Athens-Clarke Co
Kelly Gritz, Commissioner
562 Pulaski Street
ATHENS, GA US 30601
706 613-3075

8/27/2018 - Monday

9:38 am

Delivered

Left at front door. Package delivered to recipient address - release authorized

ATHENS, GA

Expand History ⌄

8/24/2018 - Friday

12:17 pm

Shipment information sent to FedEx

Ask FedEx ◄

8/30/2018
Case 3:22-cv-00047-CDL   Document 1-1   Filed 04/29/22   Page 47 of 62
Track your package or shipment with FedEx Tracking



TRACK ANOTHER SHIPMENT

773058006936                               ☆ 📋 ⑦

# Delivered

# Monday 8/27/2018 at 8:49 am



**DELIVERED**

Signature not required

**GET STATUS UPDATES**
**OBTAIN PROOF OF DELIVERY**

**FROM**

PENN LAW LLC
Jill Cade
Building 1 Suite 100
4200 Northside Pkwy NW
ATLANTA, GA US 30327
404 961-7655

**TO**

District 5, Athens-Clarke Co.
Jared Bailey, Commissioner
145 Marsha Court
ATHENS, GA US 30606
706 613-3075

8/27/2018 - Monday

8:49 am

Delivered

Left at front door. Package delivered to recipient address - release authorized

Athens, GA

Expand History ∨

8/24/2018 - Friday

12:11 pm

Shipment information sent to FedEx

8/30/2018                                         Track your package or shipment with FedEx Tracking



**FedEx**

TRACK ANOTHER SHIPMENT

773057980315                                         

# Delivered
# Monday 8/27/2018 at 9:30 am



**DELIVERED**

Signature not required

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

**FROM**

PENN LAW LLC
Jill Cade
Building 1 Suite 100
4200 Northside Pkwy NW
ATLANTA, GA US 30327
404 961-7655

**TO**

District 3, Athens-Clarke Co
Melissa Link, Commissioner
148 Hiawassee Avenue
ATHENS, GA US 30601
706 613-3075

8/27/2018 - Monday

9:30 am

Delivered

Left at front door. Package delivered to recipient address - release authorized

ATHENS, GA

Expand History ∨

8/24/2018 - Friday

12:10 pm

Shipment information sent to FedEx

Ask FedEx ▼

Track your package or shipment with FedEx Tracking

# FedEx  

## TRACK ANOTHER SHIPMENT

773060631500                                         

# Delivered
# Monday 8/27/2018 at 9:26 am



**DELIVERED**

Signature not required

**GET STATUS UPDATES**
**OBTAIN PROOF OF DELIVERY**

**FROM**

PENN LAW LLC
Jill Cade
Building 1 Suite 100
4200 Northside Pkwy NW
ATLANTA, GA US 30327
404 961-7655

**TO**

Athens-Clarke County
Diane Bell, District 7
130 Duncan Springs Road
ATHENS, GA US 30606
706 613-3075

8/27/2018 - Monday

9:26 am

Delivered

Left at front door. Package delivered to recipient address - release authorized

ATHENS, GA

—————————————————— Expand History ∨ ——————————————————

8/24/2018 - Friday

2:45 pm

Shipment information sent to FedEx



773057955792

# Delivered

## Monday 8/27/2018 at 8:56 am



**DELIVERED**

Signed for by: J.HARRINGTON



**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

**FROM**

PENN LAW LLC
Jill Cade
Building 1 Suite 100
4200 Northside Pkwy NW
ATLANTA, GA US 30327
404 961-7655

**TO**

Unified Government of Athens-Clarke
Nancy Denson, Mayor
Suite 300
301 College Avenue
ATHENS, GA US 30601
706 613-3075

8/27/2018 - Monday

8:56 am

Delivered

ATHENS, GA

Expand History ∨

8/24/2018 - Friday

12:08 pm

Shipment information sent to FedEx

Ask FedEx ◄



773059341119

# Delivered
## Monday 8/27/2018 at 9:27 am

**DELIVERED**

Signed for by: D.COLBERT



**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

**FROM**

PENN LAW LLC
Jill Cade
Building 1 Suite 100
4200 Northside Pkwy NW
ATLANTA, GA US 30327
404 961-7655

**TO**

Clarke County School District
Julie Coile, Human Resource Spec.
440-1 Dearing Extension
ATHENS, GA US 30606
706 613-7605

8/27/2018 - Monday

9:27 am

Delivered

ATHENS, GA

Expand History ⌄

8/24/2018 - Friday

1:33 pm

Shipment information sent to FedEx

**OUR COMPANY**

https://www.fedex.com/apps/fedextrack/?action=track&tracknumbers=773059341119||20180824&cntry_code=us&language=en&clienttype=fhist

2/3

8/30/2018
Case 3:22-cv-00047-CDL   Document 1-1   Filed 04/29/22   Page 52 of 62
Track your package or shipment with FedEx Tracking



773059308646

# Delivered
## Monday 8/27/2018 at 9:27 am



**DELIVERED**

Signed for by: D.COLBERT

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

**FROM**

PENN LAW LLC
Jill Cade
Building 1 Suite 100
4200 Northside Pkwy NW
ATLANTA, GA US 30327
404 961-7655

**TO**

Clarke County SD BOE
Ovita Thornton, District 9
P.O. Box 82313
ATHENS, GA US 30608
706 613-3075

8/27/2018 - Monday

9:27 am

**Delivered**

ATHENS, GA

Expand History ⌄

8/24/2018 - Friday

1:31 pm

Shipment information sent to FedEx

Ask FedEx ◄

**OUR COMPANY**



773059283660  

# Delivered

## Monday 8/27/2018 at 9:27 am



**DELIVERED**

Signed for by: D.COLBERT



**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

**FROM**

PENN LAW LLC
Jill Cade
Building 1 Suite 100
4200 Northside Pkwy NW
ATLANTA, GA US 30327
404 961-7655

**TO**

Clarke County School District
Lynn Duke, Exec. Dir. HR & Info.
440-1 Dearing Extension
ATHENS, GA US 30606
706 613-3075

8/27/2018 - Monday

9:27 am

**Delivered**

ATHENS, GA

Expand History ⌄

8/24/2018 - Friday

1:30 pm

Shipment information sent to FedEx

**OUR COMPANY**

 

**TRACK ANOTHER SHIPMENT**

773059255774             ☆  

# Delivered
## Monday 8/27/2018 at 10:16 am



**DELIVERED**

Signature not required

**GET STATUS UPDATES**
**OBTAIN PROOF OF DELIVERY**

**FROM**

PENN LAW LLC
Jill Cade
Building 1 Suite 100
4200 Northside Pkwy NW
ATLANTA, GA US 30327
404 961-7655

**TO**

Clarke County SD BOE
District 8- John A Knox
225 Gentry Drive
ATHENS, GA US 30605
706 613-3075

8/27/2018 - Monday

10:16 am

Delivered

Left at front door. Package delivered to recipient address - release authorized

ATHENS, GA

Expand History ⌄

8/24/2018 - Friday

1:28 pm

Shipment information sent to FedEx

Ask FedEx ◀



**FedEx**

**TRACK ANOTHER SHIPMENT**

773059061590 



# Delivered
## Monday 8/27/2018 at 9:56 am



**DELIVERED**

Signature not required

**GET STATUS UPDATES**
**OBTAIN PROOF OF DELIVERY**

**FROM**

PENN LAW LLC
Jill Cade
Building 1 Suite 100
4200 Northside Pkwy NW
ATLANTA, GA US 30327
404 961-7655

**TO**

Clarke County SD BOE
115 St. George Place
Carol Williams, District 7
ATHENS, GA US 30606
706 613-3075

8/27/2018 - Monday

9:56 am

**Delivered**

Left at front door. Package delivered to recipient address - release authorized

ATHENS, GA

Expand History ⌄

8/24/2018 - Friday

1:18 pm

Shipment information sent to FedEx

8/30/2018
Case 3:22-cv-00047-CDL   Document 1-1   Filed 04/29/22   Page 56 of 62
Track your package or shipment with FedEx Tracking

 

FedEx

**TRACK ANOTHER SHIPMENT**

773059032940  

# Delivered
## Monday 8/27/2018 at 9:26 am



**DELIVERED**

Signature not required

**GET STATUS UPDATES**
**OBTAIN PROOF OF DELIVERY**

**FROM**

PENN LAW LLC
Jill Cade
Building 1 Suite 100
4200 Northside Pkwy NW
ATLANTA, GA US 30327
404 961-7655

**TO**

Clarke County SD BOE
Sarah Ellis, District 5
321 Dubose Avenue
ATHENS, GA US 30601
706 613-3075

8/27/2018 - Monday

9:26 am

Delivered

Left at front door. Package delivered to recipient address - release authorized

ATHENS, GA

Expand History ∨

8/24/2018 - Friday

1:16 pm

Shipment information sent to FedEx

Track your package or shipment with FedEx Tracking

 FedEx        

**TRACK ANOTHER SHIPMENT**

773059009092 ✎        ☆ 📋   ⑦

# Delivered
# Monday 8/27/2018 at 9:18 am



**DELIVERED**

Signature not required

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

**FROM**

PENN LAW LLC
Jill Cade
Building 1 Suite 100
4200 Northside Pkwy NW
ATLANTA, GA US 30327
404 961-7655

**TO**

Clarke County SD BOE
Linda Davis, District 3
167 Peach Street
ATHENS, GA US 30606
706 613-3075

8/27/2018 - Monday

9:18 am

**Delivered**

Left at front door. Package delivered to recipient address - release authorized

ATHENS, GA

Expand History ⌄

8/24/2018 - Friday

1:14 pm

Shipment information sent to FedEx

Ask FedEx ▾

Track your package or shipment with FedEx Tracking



FedEx

TRACK ANOTHER SHIPMENT

773058966190

Delivered
Monday 8/27/2018 at 10:22 am



**DELIVERED**

Signature not required

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

**FROM**

PENN LAW LLC
Jill Cade
Building 1 Suite 100
4200 Northside Pkwy NW
ATLANTA, GA US 30327
404 961-7655

**TO**

Clarke County SD BOE
Greg Davis, District 1
210 Deertree Drive
ATHENS, GA US 30606
706 613-3075

8/27/2018 - Monday

10:22 am

**Delivered**

Left at front door. Package delivered to recipient address - release authorized

ATHENS, GA

Expand History ∨

8/24/2018 - Friday

1:12 pm

Shipment information sent to FedEx



**FedEx**  

773058939976 ✎                                                    ☆ 🗒 ❓

# Delivered
## Monday 8/27/2018 at 8:44 am

●━━━━━━━━━━━●━━━━━━━━━━━●━━━━━━━━━━━✓

**DELIVERED**

Signed for by: M.HAMBY



**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

**FROM**

PENN LAW LLC
Jill Cade
Building 1 Suite 100
4200 Northside Pkwy NW
ATLANTA, GA US 30327
404 961-7655

**TO**

District 10-Athens Clarke County
Mike Hamby
375 West Rutherford Street
ATHENS, GA US 30606
706 613-3075

8/27/2018 - Monday

8:44 am

Delivered

ATHENS, GA

─────────────────────── Expand History ∨ ───────────────────────

8/24/2018 - Friday

1:10 pm

Shipment information sent to FedEx

**OUR COMPANY**

8/30/2018
Track your package or shipment with FedEx Tracking
Case 3:22-cv-00047-CDL   Document 1-1   Filed 04/29/22   Page 60 of 62

 

FedEx

**TRACK ANOTHER SHIPMENT**

773058891408 

☆ 📋 ⑦

# Delivered
## Monday 8/27/2018 at 8:40 am



**DELIVERED**

Signature not required

**GET STATUS UPDATES**
**OBTAIN PROOF OF DELIVERY**

**FROM**

PENN LAW LLC
Jill Cade
Building 1 Suite 100
4200 Northside Pkwy NW
ATLANTA, GA US 30327
404 961-7655

**TO**

Clarke County School District BOE
Charles Worthy, District 6
120 MELBOURNE DR
ATHENS, GA US 30606
706 613-3075

8/27/2018 - Monday

8:40 am

**Delivered**

Left at front door. Package delivered to recipient address - release authorized

ATHENS, GA

Expand History ∨

8/24/2018 - Friday

1:07 pm

Shipment information sent to FedEx

Ask FedEx ▲

Penn Law
4200 Northside Parkway, NW
Building One, Suite 100
Atlanta, GA 30327





$6.880
US POSTAGE
FIRST-CLASS
FROM 30327
AUG 24 2018
stamps.com

N METRO
GA 301
25 AUG '18
PM 13 L

9414 7118 9956 0153 1354 77
RETURN RECEIPT REQUESTED

Jared Bailey Commissioner
District 5, Athens-Clarke County, GA
145 Marsha Court
Athens GA 30606-2114

NIXIE      300   DE  1       0009/19/18
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
UNC    BC: 30327300799   *2124-00731-25-32
30327>3007

---

Darren W Penn
Penn Law LLC
4200 Northside Parkway, NW
Building One, Suite 100
Atlanta GA 30327





$6.670
US POSTAGE
FIRST-CLASS
FROM 30327
08/25/2018
stamps
endicia

N METRO
GA 301
25 AUG '18
PM 13 L

9414 7118 9956 0145 3017 29
RETURN RECEIPT REQUESTED

Carol Williams, District Seven
Clarke County SD BOE
115 St. George Place
Athens GA 30606-3942



NIXIE      300   DE  1060     0009/19/18
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
UNC    BC: 30327300799   *2124-05730-25-32

Penn Law
4200 Northside Parkway, NW
Building One, Suite 100
Atlanta, GA 30327

$6.880
US POSTAGE
FIRST-CLASS
FROM 30327
AUG 24 2018
stamps.com

ATLANTA METRO
GA 301
25 AUG '18
PM 6 L




**9414 7118 9956 0153 1332 37**
**RETURN RECEIPT REQUESTED**

Melissa Link, Commissioner
District 3, Athens-Clarke County, GA
148 Hiawassee Ave.
Athens GA 30601-1810

8·27·18

NIXIE        300   DE  1        0009/19/18

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

UNC        BC: 30327300799    *2824-00030-25-37
30327>3007

Darren W Penn
Penn Law LLC
4200 Northside Parkway, NW
Building One, Suite 100
Atlanta GA 30327

**CERTIFIED MAIL**

$6.670
US POSTAGE
FIRST-CLASS
FROM 30327
08/25/2018
stamps
endicia

ATLANTA METRO 3
25 AUG 2018 PM




**9414 7118 9956 0145 3877 16**

NC 8·2

**RETURN RECEIPT REQUESTED**

Mike Hamby, Commissioner
District 10, Athens-Clarke County,
375 West Rutherford Street
Athens GA 30606-4264

NIXIE        300  DE 1060      0009/19/18

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD