# SUPERIOR COURT OF CLARKE COUNTY
# STATE OF GEORGIA

▤ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
CLARKE COUNTY, GEORGIA
**SU22CV0160**
LISA LOTT
APR 01, 2022 05:19 PM

Beverly Logan, Clerk
Clarke County, Georgia

CIVIL ACTION NUMBER  SU22CV0160

Doe, Jane

_____

**PLAINTIFF**

VS.

CLARKE COUNTY SCHOOL DISTRICT

_____

**DEFENDANT**

## SUMMONS

TO: CLARKE COUNTY SCHOOL DISTRICT

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Darren Penn**
**Penn Law LLC**
**4200 Northside Parkway, NW**
**Building One, Suite 100**
**Atlanta, Georgia 30327**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 1st day of April, 2022.**

Clerk of Superior Court

_____
Beverly Logan, Clerk
Clarke County, Georgia