# General Civil and Domestic Relations Case Filing Information Form

☑ Superior or ☐ State Court of  Clarke  County

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
CLARKE COUNTY, GEORGIA
**SU22CV0160**
LISA LOTT
APR 01, 2022 05:19 PM

Beverly Logan, Clerk
Clarke County, Georgia

**For Clerk Use Only**

Date Filed  04-01-2022                Case Number  SU22CV0160
         MM-DD-YYYY

| Plaintiff(s) | Defendant(s) |
|---|---|
| Doe, Jane | CLARKE COUNTY SCHOOL DISTRICT |
| Last  First  Middle I.  Suffix  Prefix | Last  First  Middle I.  Suffix  Prefix |

Plaintiff's Attorney  Penn, Darren          Bar Number  571322          Self-Represented ☐

**Check one case type and, if applicable, one sub-type in one box.**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☑ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____      _____
Case Number                Case Number

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____

Version 1.1.20