📧 **EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
CLARKE COUNTY, GEORGIA

**SU22CV0160**

LISA LOTT
APR 04, 2022 12:27 PM

*Beverly Logan, Clerk*
*Clarke County, Georgia*

IN THE SUPERIOR COURT OF ATHENS-CLARKE COUNTY
STATE OF GEORGIA

| | |
|---|---|
| **JANE DOE**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. SU22CV0160 |
| | ) |
| **CLARKE COUNTY SCHOOL DISTRICT**, | ) **JURY TRIAL DEMANDED** |
| | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR APPOINTMENT OF
RMG SERVICES, LLC TO SERVE PROCESS**

Plaintiff files this Motion pursuant to O.C.G.A. § 9-11-4 and moves the Court for an Order authorizing Hollis Hill of RMG Services, LLC, Certified Process Server CPS# 195, citizen of the United States, to serve a copy of the Complaint and Summons in this case on Defendant, to perfect service within the time permitted by statute, all as is more fully shown in the Affidavit attached hereto.

Respectfully submitted this 4th day of April, 2022.

                                     **PENN LAW LLC**

                                     */s/ Darren W. Penn*
                                   DARREN W. PENN
                                   Georgia Bar No. 571322
                                   darren@pennlawgroup.com
                                   KEVIN M. KETNER
                                   Georgia Bar No. 418233
                                   kevin@pennlawgroup.com

4200 Northside Parkway, NW
Building One, Suite 100
Atlanta, Georgia 30327
Phone/Fax: (404) 961-7655

**THE HULL FIRM, LLC**

A. KAMAU HULL
Georgia Bar No. 147047
kamau@thehullfirmllc.com

3720 Atlanta Highway, Suite 3
Athens, Georgia 30606
Phone: 706-995-7417

*Attorneys for Plaintiff*

## AFFIDAVIT

Personally appeared before me, the undersigned officer, duly authorized to administer oaths, came Kevin M. Ketner, who, after being duly sworn, states as follows:

1.

I, Kevin M. Ketner, being over 18 years of age, am duly licensed to practice law in the state of Georgia.

2.

I am an attorney of record in the action of *Jane Doe v. Clarke County School District, et al.*, Superior Court of Athens-Clarke County, Georgia.

3.

A Complaint and Summons were filed with the Clerk of the Superior Court of Hart County on April 1, 2022.

4.

The Defendant is to be served in Clarke County, as evidenced in the Complaint filed in this action.

5.

I believe that Hollis Hill of RMG Services, LLC will be able to effectuate service upon Defendant in a timely manner, as prescribed by Georgia law.

This 4th day of April, 2022.

_____
KEVIN M. KETNER

Sworn to and subscribed before me

this 4th day of April, 2022.

_____
Notary Public
My commission expires 7/2/24

AMY E GOLDSTONE
Notary Public, Georgia
Newton County
My Commission Expires
July 02, 2024

3