**IN THE SUPERIOR COURT OF ATHENS-CLARKE COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| **JANE DOE**, | )<br>) |
|     Plaintiff, | )<br>) |
| v. | )   Civil Action No. SU22CV0160<br>) |
| **CLARKE COUNTY SCHOOL DISTRICT**, | )   **JURY TRIAL DEMANDED**<br>)<br>) |
|     Defendant. | ) |

**[PROPOSED] O R D E R**

Plaintiff's Motion for Appointment of RMG Services, LLC to Serve Process, having been read and considered, and it appearing to the Court that sufficient grounds exist for the granting thereof,

**IT IS HEREBY ORDERED** that RMG Services, LLC is hereby specially appointed by the Court to serve process and that Hollis Hill of RMG Services, LLC, Certified Process Server CPS# 195, is hereby authorized to personally serve Defendant with a copy of the Complaint and Summons in this action.

    This _____ day of April, 2022.

_____
**Honorable**
**Athens-Clarke County Superior Court Judge**

1