**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
CLARKE COUNTY, GEORGIA

**SU22CV0160**
**LISA LOTT**
APR 11, 2022 11:24 AM

Beverly Logan, Clerk
Clarke County, Georgia

## IN THE SUPERIOR COURT OF ATHENS-CLARKE COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **JANE DOE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. SU22CV0160 |
| | ) | |
| **CLARKE COUNTY SCHOOL DISTRICT,** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| | ) | |
| Defendant. | ) | |

### O R D E R

Plaintiff's Motion for Appointment of RMG Services, LLC to Serve Process, having been read and considered, and it appearing to the Court that sufficient grounds exist for the granting thereof,

**IT IS HEREBY ORDERED** that RMG Services, LLC is hereby specially appointed by the Court to serve process and that Hollis Hill of RMG Services, LLC, Certified Process Server CPS# 195, is hereby authorized to personally serve Defendant with a copy of the Complaint and Summons in this action.

This _____ day of April, 2022.

_____
**Honorable
Athens-Clarke County Superior Court Judge**

1

efiled: 4-11-2022