# AFFIDAVIT OF SERVICE

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
CLARKE COUNTY, GEORGIA
**SU22CV0160**
LISA LOTT
APR 14, 2022 05:59 PM

*Beverly Logan, Clerk*
*Clarke County, Georgia*

| Case: SU22CV0160 | Court: IN THE SUPERIOR COURT OF ATHENS-CLARKE COUNTY | County: , GA | Job: 6946258 |
|---|---|---|---|
| Plaintiff / Petitioner: JANE DOE, | | Defendant / Respondent: CLARKE COUNTY SCHOOL DISTRICT, | |
| Received by: RMG - SERVICES, LLC | | For: Penn Law, LLC | |
| To be served upon: CLARKE COUNTY SCHOOL DISTRICT | | | |

I, HOLLIS HILL, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** CLARKE COUNTY SCHOOL DISTRICT, c/o Superintendent Xernone Thomas who is authorized to accept legal documents on behalf of Clarke County School District., 595 Prince Ave, Athens, GA 30601

**Manner of Service:** Authorized, Apr 13, 2022, 3:09 pm EDT

**Documents:** SUMMONS; COMPLAINT FOR DAMAGES; PLAINTIFFS EXHIBIT

**Additional Comments:**

1) Unsuccessful Attempt: Apr 13, 2022, 2:48 pm EDT at Corporate: 440-1 Dearing Extension, Athens, GA 30606
Clarke County School District move to New Address ar 595 Prince Ave, Athens GA, 30606.

2) Successful Attempt: Apr 13, 2022, 3:09 pm EDT at 595 Prince Ave, Athens, GA 30601 received by CLARKE COUNTY SCHOOL DISTRICT, c/o Superintendent Xernone Thomas who is authorized to accept legal documents on behalf of Clarke County School District.. Age: 50+; Ethnicity: African American; Gender: Female; Weight: 150; Height: 5'5"; Hair: Black;

_____  4/14/2022
HOLLIS HILL                 Date
Certified Process Server CPS #195

RMG - SERVICES, LLC
4024 Lawrenceville Hwy. Suite (17) #452
Lilburn, GA 30047
470-831-0292

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

4/14/2022      08/17/2024
Date           Commission Expires

*[Notary Seal: BHUMIT DARJI, My Commission Expires 08-17-2024, NOTARY PUBLIC, GWINNETT COUNTY, GEORGIA]*